IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **ANGELA BRADY-WILLIAMS,** Fed. Reg. No. 21996510,     Movant, v. **UNITED STATES OF AMERICA,**     Respondent. | **MOTION TO VACATE** 28 U.S.C. § 2255 **CRIMINAL ACTION FILE NO. 1:21-CR-0039-MHC-JSA** **CIVIL ACTION FILE NO. 1:24-CV-850-MHC-JSA** |

## ORDER

Movant Angela Brady-Williams has filed a *pro se* motion to vacate, set aside, or correct an allegedly illegal sentence in accordance with 28 U.S.C. § 2255 ("Motion to Vacate") [Doc. 155]. This matter is before the Court on the Final Report and Recommendation of the Magistrate Judge [Doc. 173] ("R&R") recommending that the motion to vacate be denied and that a certificate of appealability not be issued. The Order for Service of the R&R [Doc. 174] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed within the permitted time period.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 173] as the Opinion and Order of the Court. It is hereby **ORDERED** that Movant's motion to vacate, set aside, or correct an allegedly illegal federal sentence in accordance with 28 U.S.C. § 2255 [Doc. 155] is **DENIED**. It is further **ORDERED** that Movant's Motion for Bail Pending Resolution of 2255 Petition [Doc. 158], Movant's Updated Motion for Bail Pending Resolution of 2255 Petition [Doc. 160], and Movant's Motion for Appointment of Counsel [Doc. 161] are **DENIED AS MOOT**.

It is further **ORDERED** that a certificate of appealability is **DENIED** because Movant has not met the requisite standard. Slack v. McDaniel, 529 U.S. 473, 483-84 (2000). Movant may not appeal the denial of her motion but may seek a certificate from the United States Court of Appeals for the Eleventh Circuit under

Federal Rule of Appellate Procedure 22. Rule 11(a), Rules Governing § 2255 Proceedings for the United States District Courts.

The Clerk is **DIRECTED** to close the civil case file.

**IT IS SO ORDERED** this 15th day of October, 2024.

_____
MARK H. COHEN
United States District Judge